JOHN SCHELLEY, Respondent, *v.* CATHARINE DIEHL, Impleaded, etc., Appellant.

(Argued October 19, 1881; decided October 28, 1881.)

DISPOSED of on the facts.

*Charles Wehle* for appellant.

*A. J. Vanderpoel* for respondent.

DANFORTH, J., reads for affirmance.
All concur.
Judgment affirmed.

---

THE PEOPLE, ex rel. JOHN PURVIS, Appellant, *v.* THE BOARD OF POLICE COMMISSIONERS OF THE CITY OF NEW YORK, Respondent.

An order quashing a writ of *certiorari* is not reviewable here.

(Argued October 17, 1881; decided October 28, 1881.)

THIS was an appeal from an order of General Term, which affirmed an order of Special Term, quashing a writ of *certiorari*. *Held* not appealable.

*Clifford A. H. Bartlett* for appellant.

*D. J. Dean* for respondent.

EARL, J., reads for dismissal of appeal.
All concur.
Appeal dismissed.